# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA A. KRANT,<br><br>        Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1-25, Inclusive,<br><br>        Defendants. | CASE NO. 5:19-cv-00986-SVW (MAAx)<br><br>**ORDER GRANTING STIPULATION AND PROTECTIVE ORDER**<br><br>*[Filed concurrently with Stipulation and Protective Order-Confidentiality Agreement]* |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

///
///
///
///
///
///

---

CASE NO. 5:19-cv-00986-SVW (MAA)      ORDER GRANTING STIPULATION AND PROTECTIVE ORDER

1

**IT IS SO ORDERED.**

Dated: September 27, 2019

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
TRACY L. BREUER, ESQ. – BAR NO. 238687
McNEIL TROPP & BRAUN LLP
2 Park Plaza, Suite 620
Irvine, California 92614
Phone: (949) 259-2890
Fax:    (949) 259-2891

Attorneys for Defendant,
COSTCO WHOLESALE CORPORATION